

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MELISSA PRISCILLA MORALES,

      Plaintiff-Appellant,

v.

NANCY A. BERRYHILL, Acting
Commissioner Social Security,

      Defendant-Appellee.

No.    16-55393

D.C. No. 5:15-cv-00899-JEM
Central District of California,
Riverside

ORDER

      Submission is withdrawn and the memorandum disposition issued on November 20, 2017 is vacated.  This matter will be resubmitted in due course.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Molly C. Dwyer
Deputy Clerk
Ninth Circuit Rule 27-7